1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2771

**FILED**

MAY 03 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEALED APPLICATION AFFIDAVIT IN THE MATTER OF THE SEARCH LOCATED AT 4401 MARCONI AVE, SACRAMENTO, CA 95821; | CR. NO. 2:11-SW-0267 EFB<br><br>APPLICATION FOR ORDER UNSEALING THE APPLICATION AND AFFIDAVIT IN SUPPORT OF SEARCH WARRANT; (PROPOSED) ORDER |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Matthew G. Morris, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent;

1. On June 20, 2011, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. On June 20, 2011, federal agents executed the search warrant at the above-captioned address.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and there exists no further law enforcement need for the case to remain under seal.

1 THEREFORE, your petitioner prays that the aforesaid application
2 and affidavit be unsealed and made part of the public record.
3 DATED: May 1, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/
MATTHEW G. MORRIS
Assistant U.S. Attorney

10 THE COURT HEREBY ORDERS that the Application and Affidavit in
11 Support of Search Warrant in Case No. 2:11-SW-0267 EFB be unsealed
12 and made part of the public record.

Dated: May 3, 2012

HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge